IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAYMOND RODRIGUEZ : CIVIL ACTION
:
v. :
:
JOSEPH NISH, et al. : No. 08-1983

## ORDER

AND NOW, this 24th day of November, 2008, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.